UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVE M. TARESKI,

    Plaintiff,

    v.                                      Case No. 1:18-CV-00862-WCG

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security Administration,

    Defendant.

## ORDER REVERSING WITH REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED that the Commissioner's final administrative decision is reversed, with remand for further administrative proceedings, pursuant to 42 U.S.C. §405(g). On remand, the Commissioner will instruct the administrative law judge to *inter alia*:

- Re-evaluate the opinion evidence, pursuant to the regulations and rulings;

- Re-evaluate Plaintiff's subjective symptoms, pursuant to the regulations and rulings; and

- Offer Plaintiff the opportunity to submit additional evidence and have a new hearing, take further action to complete the administrative record, and issue a new decision.

Dated this 27th day of December, 2018.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States Chief District Court