UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVE M. TARESKI,

       Plaintiff,

   v.                            Case No. 1:18-cv-00862-WCG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.

---

ORDER GRANTING STIPULATION FOR ATTORNEY FEES AND COSTS PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412

---

IT IS HEREBY ORDERED that the Stipulation for an award of $5,065.47 for attorney fees

and expenses and $400.00 in costs is approved. The Court GRANTS entry of this award, and if

the parties can verify that Plaintiff owes no preexisting debt subject to offset, or if there is a

remainder from the offset, Defendant will direct the award be made payable to Plaintiff's attorney

pursuant to the agreement duly signed by Plaintiff and counsel, and the award shall be mailed to

the attorney's office.

Dated at Green Bay, Wisconsin on this 29th day of January 2019.

                                      BY THE COURT

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge